## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

GEORGE O'NEIL and ) 
LYNDSAY O'NEIL, ) 
  ) 
    Plaintiffs, ) 
  ) Cause No. 4:20-cv-00955-JCH
v. ) 
  ) 
TRION GROUP, L.P., et al., ) 
  ) 
    Defendants. ) 

---

### MOTION FOR DISMISSAL WITH PREJUDICE OF TRION GROUP, L.P.

COME NOW Plaintiffs, through counsel, under F.R.CIV.P. 41, and moves to dismiss Trion Group, L.P. with prejudice, and in support thereof states:

1. Plaintiffs and Trion Group L.P. negotiated a settlement of the disputes between and among them.

2. By agreement with Plaintiffs' counsel, Trion Group, L.P. did not enter an appearance and file an Answer due to the parties' ongoing negotiations.

3. The agreement among them calls for a dismissal of Trion Group, L.P. with prejudice, with each party to bear its own fees and costs.

WHEREFORE, Plaintiffs pray this Court for an Order Dismissing separate defendant Trion Group, L.P. WITH PREJUDICE, stating that each party is to bear its own fees and costs incurred herein, and for any other relief this Court deems just and proper.

FURTHER, Plaintiffs state that this will resolve all issues and controversies in this case, and the case may be closed.

/s/ Fredrick J. Ludwig
Fredrick J. Ludwig, #49678
Ludwig Law Firm, LLC
9666 Olive Blvd., Ste. 202
St. Louis, Missouri 63132
314-203-0660
855-583-9441 (fax)
fredrick@ludwig.law
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the forgoing was served on all parties of record by operation of this Court's Electronic Filing System this 26th day of February 2021.

/s/ Fredrick J. Ludwig

cc:     Lorraine Feldman to: Lorraine.Feldman@mmc.com (counsel for Trion Group, L.P.)